glary, and his punishment fixed at two years in the penitentiary. There is in the record neither a statement of facts nor bill of exceptions. The indictment and charge of the court being in proper form, an affirmance is ordered.

E. CARSON v. STATE. (No. 8380.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Jefferson County; Geo. C. O'Brien, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for selling intoxicating liquor; punishment, one year in the penitentiary. Neither bills of exception nor statement of facts appear in the record. Nothing is presented for review. The judgment is affirmed.

Robert DENNIS v. STATE. (No. 8404.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of murder, and his punishment fixed at six years in the penitentiary. The record appears before us without a statement of facts or bill of exceptions. The indictment is in proper form, and the charge of the court correctly submitted the law applicable to the charge, and, no error appearing, an affirmance will be ordered.

Joe GENNA v. STATE. (No. 8430.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Orange County; V. H. Stark, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Orange county of theft of property of the value of more than $50, and his punishment fixed at three years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment being in proper form, and the charge submitting the law of the case, an affirmance must be ordered.

Birtie HARRIS v. STATE. (No. 8551.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the possession of intoxicating liquor for the purpose of sale, with punishment assessed at confinement in the penitentiary for one year. Appellant has filed in this court her affidavit desiring to withdraw her appeal, waiving time and the right to file motion for rehearing, and requesting that mandate issue immediately. In compliance with such personal request, the appeal is ordered dismissed, and the immediate issuance of mandate directed.

Forney HAWKINS v. STATE. (No. 8281.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Tarrant County Court, at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for wife desertion; punishment fixed at a fine of $75 and confinement in the county jail for a period of 60 days. The record reveals no fundamental error, nor is it accompanied by bills of exceptions or statement of facts. The judgment is affirmed.

H. O. HONWING v. STATE. (No. 8501.) (Court of Criminal Appeals of Texas. March 5, 1924. Rehearing Denied April 2, 1924.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Appellant, pro se, on rehearing. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS J. Upon conviction for burglary, appellant's punishment was fixed at two years in the penitentiary. No statement of facts nor any bill of exception appear in the record. Nothing is presented for review. The judgment is affirmed.

H. O. HONWING v. STATE. (No. 8502.) (Court of Criminal Appeals of Texas. March 5, 1924. Rehearing Denied April 2, 1924.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Appellant, pro se, on rehearing. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction was in the criminal district court of Harris county for felony theft, with punishment fixed at two years in the penitentiary. There is in the record no bills of exception and no statement of facts. The indictment correctly charged the offense of theft of property of the value of more than $50. There was no exception to the charge of the court. No error appearing, the judgment will be affirmed.

J. H. HOREIS v. STATE. (No. 8384.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Tom Green County; C. E. Dubois, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment, two years' confinement in the penitentiary. Neither statement of facts nor bills of exception appear in the record. In this condition nothing is presented for review. The judgment is affirmed.

Howard HUDGINS v. STATE. (No. 8115.) (Court of Criminal Appeals of Texas. March 26, 1924.) Appeal from Gray County Court; John B. Ayres, Judge. Tom Garrard, State's